| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

Marvin Waddleton, III, §
   Petitioner, §
§
v. § Civil Action H-21-1228
§
Bobby Lumpkin, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
   Respondent. §

## Order of Adoption

On October 27, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Waddleton's petition for writ of habeas corpus with prejudice. (7) Waddleton filed objections. (8) The court denies Waddleton's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on November 30, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge